IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ZOSTAVAX (ZOSTER VACCINE LIVE) PRODUCTS LIABILITY LITIGATION | : | MDL NO. 2848 |
| | : | |
| | : | |
| | : | |
| | : | |
| THIS DOCUMENT RELATES TO: | : | |
| | : | |
| 1189 Actions Listed in Appendix A to Pretrial Order No. 458 | : | |
| | : | |
| | : | |
| | : | |

PRETRIAL ORDER NO. 458

AND NOW, this 6th day of December, 2022, for the reasons stated in the foregoing Memorandum, it is hereby ORDERED that the motion of defendants to dismiss the Group A cases (Doc. # 1082) identified in Appendix A to this Order is GRANTED.

BY THE COURT:


/s/ Harvey Bartle III
                                              J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  ZOSTAVAX (ZOSTER VACCINE  :  MDL NO. 2848
LIVE) PRODUCTS LIABILITY          :
LITIGATION                        :
_____    :  _____

APPENDIX A TO PRETRIAL ORDER NO. 458

| | |
|---|---|
| Mariana Abarta v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05095 | Kathryn Kershner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00585 |
| Loretta Abbo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20200 | Phyllis Kidney v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20227 |
| Tina Ackerly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20031 | Linda Kincaid v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02218 |
| Gloria Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03869 | Virginia Kinchen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20082 |
| Jo Ann Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04401 | Anita King v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04049 |
| Leslie Adams v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06576 | William King v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03811 |
| Sandra Gayle Adkins v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00015 | Nancy Kirkpatrick v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04418 |
| Diane Aitken v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03932 | Bertha Kirsch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20283 |
| Joan Akins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20254 | Sharon Klutchko v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20304 |

Toni Albano v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20039

Margaret Albisano v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20046

Janice Alexander v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02990

Charles Allen v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05986

Ruth Allen v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01718

Robert Allender v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04690

Doretta Allison v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-00002

Guadalupe Alvarez v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20055

Beverly Alvey v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02549

Patricia Ames v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00955

Dale Anderson v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20049

Ethelyn Anderson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20171

Jason Knierim, Individually
and as the Personal
Representative of the Estate
of Patricia Knierim v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20301

Keith Koestner v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00220

Clara Kohlman v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05686

Elizabeth Koski v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-02626

Sharon Kostenbader v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20116

Matthew Kresge v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01559

John Kruczek v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20157

Virginia Kruczek v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05613

Coleen Kuehner v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05635

Tony Kupser v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20168

Geraldine Kyle v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05167

Knoble Anderson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01519

Linda Lafave v. Merck &
Inc., et al., Civil Action No.
2:21-cv-04503

Linda Anderson v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03535

Fabiola Lagrimas v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03940

Linda Anderson v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03552

Sylvia Laguerra v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20003

John Andrea v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20185

Linda Lail v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06172

Nadine Andres v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20297

Dorthy Lain v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00691

Dana Andrews v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04859

Patricia Lakin v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04853

Jacqueline Andrews v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05614

Donald Lambert v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05860

Joseph Anemone v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20186

Gwynne Lambert v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20243

Irene Anrode v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20115

Peggy Lambert v. Merck & Co.,
Inc., et al., Civil Action No.
2:22-cv-00058

Judith Antanavica v. Merck &
Co., Inc., et al., Civil
Action No. 2:22-cv-01678

Cheryl Lamparella v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20230

Linda Arch v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20126

Delores Landers v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05663

Delia Archuleta v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-00611

Frances Lane v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20239

| | |
|---|---|
| Doreen Arena v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04770 | James Laprairie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03288 |
| Theresa Armstead v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20118 | Judy Laratta v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20076 |
| Selma Arnold v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03333 | James Larkner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20054 |
| Jimmy Arrington v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00259 | Judy Larose v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04656 |
| James Atherton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06555 | Susan Larson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04601 |
| Doris Atkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03361 | Helen Lauters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20083 |
| Lorna Atkinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04276 | Irene Lawrence v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01560 |
| Deborah Augenti v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20160 | Susan Layton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03673 |
| Jo Autin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20019 | Rosa Le Roy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03428 |
| Annette Avila v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01520 | Roslynn League v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-5530 |
| Ellen Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04698 | Colleen Leahy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01561 |
| Patricia Ayers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05627 | Joann Leavitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20285 |

| | |
|---|---|
| Robert Bach v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04592 | Dennis Lee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04815 |
| Glenda Edwards, as the Personal Representative and Executor of the Estate of Esther Bader v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20187 | Etta Lee v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20048 |
| | Melanie Lee v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00411 |
| David Bailey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01884 | Paula Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05826 |
| Joan Bailey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04180 | Paulette Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05611 |
| Bilinda Ray Baker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02976 | Reginald Lee v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20334 |
| Lillie Baker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20075 | Mary Lemarr v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00462 |
| Nina Baker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20124 | Danny Lemoine v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20199 |
| Nannette Bakko v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04762 | Brenda Lemons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06243 |
| Stanley Baldwin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03384 | Marjorie Lemster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03704 |
| David Bales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03330 | Frank Lesher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05697 |
| Antoinette Bambas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04246 | Ann Levinson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20249 |

| | |
|---|---|
| Barbara Barber v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06089 | Bernard Levitt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03565 |
| Teresa Barber v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20276 | Harold Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20220 |
| Jerrie Bardwell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20012 | Robin Lewis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05610 |
| Barbara Barker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20194 | Terrence Ley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04861 |
| Carolyn Barnes v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20120 | Coralee Linder v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01389 |
| John Barrett v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20146 | Mary Linn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20141 |
| Delilah Basquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04696 | Jane Linsley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05163 |
| Mitchel Bass v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20060 | Deborah Lipscomb v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04145 |
| Rod Batchelor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03316 | Linda Little (formerly Linda Friguglietti) v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04677 |
| Wilma Batten v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-20000 | Michael Little v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01670 |
| Robert Bauer, Individually and as Legal Representative of the Estate of Katherine Bauer v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04544 | Claire Livingston v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03346 |

Susan Beach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03036

Rebecca Bean v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01779

Helen Beaty v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04038

Patsy Beaver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20125

Janet Bektashi v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20099

Vincent Belardo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04390

Mary Ann Bell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04331

Vickie Bell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20081

Jerry Bennett v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01960

Stephen Bera v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01732

Nancy Berger v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06118

Jerome Berkowitz v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20188

Cynthia Llinas v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20155

Delilah Lloyd v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20233

Nina Locicero-Scala v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03941

Scarlett Lockhart v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03629

Nancy Lockwood v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02862

Valeria Logan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03942

Bernice Lommasson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02843

Sharon Long v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05026

Carmen Longoria v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03358

Pamela Looney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00450

Josephine Loud v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20110

William Loughery v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20294

| | |
|---|---|
| Joseph Bernet v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20189 | Elaine Luciano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04600 |
| Alfred Berry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01529 | Sally Lueck v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05166 |
| Lacy Berry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01043 | Dewana Luengas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05753 |
| Judy Bevilacqua v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04699 | Paul Lupo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20112 |
| Frederick Bickleman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20092 | Deborah Lusk v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20206 |
| Sarah Bierbrodt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04340 | Larry Luttrell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05646 |
| Charles Bird v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02751 | Susan Luxenburg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01731 |
| Carolyn Birmantas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20050 | Roger Lyddon v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20094 |
| Robert Bishop v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02521 | Joseph Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03945 |
| Catherine Bitterman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01489 | Ronald Lyons v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00005 |
| Mary Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01731 | Maryann Macaluso v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05301 |
| Susan Black v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02520 | Robert Mack v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03234 |

| | |
|---|---|
| Earl Blackstock v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20056 | Suzanne Mackler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02464 |
| Dianne Blaine v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00206 | Sylvia Madden v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03733 |
| Kathy Blankenship v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20027 | Jim Maddox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01561 |
| Wanda Blevins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04816 | Moses Maestas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05621 |
| James Blocher v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20057 | Sherry Magee v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00670 |
| Karen Bloodsworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00234 | Stephen Maher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00571 |
| Randall Bloodworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02307 | Antonino Maida v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06194 |
| Ronald Bonini v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05491 | William Maine v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04680 |
| Adrienne Booker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20085 | Pamela Malachin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02977 |
| Roscoe Boose v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20103 | Ernest Malizia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20235 |
| Janet Bothwell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01521 | Edith Malloy v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03810 |
| Jay Bowersox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04784 | Dale Malone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05147 |

Alvin Bowler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03336

Eileen Bowman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20015

Cindy Box v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20162

Charles Boyer v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20163

Robert Bozzomo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06578

Elaine Braginton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20053

Edna Brasier v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20028

Margaret Bratina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20158

David Bray v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04926

Jeanette Breland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20198

Kay Bridgham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03783

Deborah Brinkmann v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04927

Terry Malovich v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20013

Linda Malzahn v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02989

Loran Manes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01192

Alberta Mann v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03958

Ramona Mansker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20014

Vickie Marcum v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04139

Steven Marks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20113

Ramonda Marling and Mischelle Williams, as Co-Executrixs for the Estate of John Marling (deceased) v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01483

Ann Marmoraine v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03355

Tedi Charla Marsh v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01490

Evelyn Marshall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03141

Desirea Brisbon v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-00624

Duane Britton v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04851

Linda Brodeske v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20045

Michael Bronner v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-00603

Paula Brooks v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20029

Ann Broughton v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20020

Robbie Broussard v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20277

Frances Brown v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05645

Mark Brown v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04635

Nancy Brown v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20078

Peggy Brown v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20040

Paulette Browne v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-00041

Richard James Marshall v.
Merck & Co., Inc., et al.,
Civil Action No. 2:20-cv-03706

Thomas Martel v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00875

Gerald Martin v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02234

Patrick Martin v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03684

Reta Martin v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03800

Tony Martinez v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00231

Wanda Martinez v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20156

Vicky Mashburn v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04596

Margaret Mason v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02258

Joanne Masterson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02552

Robert Masucci v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20001

Joyce Mathis v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01094

| | |
|---|---|
| Elfriede Bruce v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02271 | Pamela Matthis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02248 |
| Teresa Brumbaugh v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20147 | Diane Maurer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03178 |
| Georgiann Brumfield v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20044 | Joyce Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20232 |
| Carolyn Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20078 | Robert Mayberry v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02040 |
| Pearl Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03948 | Mylene Mayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03285 |
| Vicki Bryant v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01688 | William Mazzei v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05057 |
| David Bryne v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03950 | Cheryl McBroom v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03400 |
| John Buist v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03775 | Patricia McCargar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04406 |
| Jolayne Burch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20111 | Johnny McClain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00032 |
| Karen Burke v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03872 | Karla McClain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05669 |
| Cynthia Burks v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01663 | James McClelland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20026 |
| Katherine Burley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00644 | Karen McCloskey v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20018 |

| | |
|---|---|
| Edward Burnett v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00758 | Betty McComic v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04575 |
| Marquis Burnett v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20030 | Patricia McConnell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01237 |
| Kittie Burnworth v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02493 | Pola McCorkle v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20093 |
| Brenda Burton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20082 | Louise McCowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20021 |
| Jerroldine Burton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02650 | Peggy McCoy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05536 |
| Nancy Burton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03264 | Donald McCullough v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20145 |
| Karn Busch v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05652 | Ginger McDaniel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01674 |
| Andrew Bush v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03489 | Gwendolyn McDaniel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20083 |
| Jimmie Buster v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05205 | Richard McDonald v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20240 |
| Shirley Butler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20131 | William Battle McDonald, Sr. v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03028 |
| Deborah Buys v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00915 | Evelyn McFall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20330 |
| Sherron Byars v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00760 | |

| | |
|---|---|
| Ernest Byrd v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04224 | Marjorie McGaha v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20089 |
| Kelly Byrnes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20253 | Cindy McGhehey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-03916 |
| Joyce Cager v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04603 | Ulysses McGill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03894 |
| James Caggiano v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01825 | Garry McGinnis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04841 |
| Brenda Cagle v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20104 | Roxanne McGowan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20084 |
| Clarence Cain v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20060 | Vicki McGowan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03344 |
| Shirley Caldwell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20252 | Kelly McGraw-Martino v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05651 |
| Cynthia Calhoun v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01524 | Cynthia McKenna v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03469 |
| Gail Callahan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05040 | Patricia McKown v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20271 |
| Gayleen Callahan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02084 | Catherine McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05699 |
| Barbara Callow v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03779 | Debbera McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00172 |
| James Michael Calt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20177 | James McLaughlin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05547 |

Kathleen Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20019

Venus Calvert v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20245

Judy Cameruca v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00588

Carolyn Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01475

Cecil Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20162

Patti Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20069

Rosella Campbell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03875

John Cannon v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01525

Deborah Caracci v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05695

Wynnette Card v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06093

Joshua A. Carey, Individually and as Personal Representative for the Estate of Marietta Patricia Carey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01522

Carolyn McLendon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04806

Stephen W. McNair v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05982

Rosemary McNally v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05513

Janet McNeil v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03370

Marian McRae v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20001

Jacqueline McRight v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05426

Michelle McRight v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20319

Donna McRobbie v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00022

Darrell McSwain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00218

Helaine Meadows v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05873

Pedro Rivera Melendez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20011

Carolyn Mello v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20114

| | |
|---|---|
| Patricia Carlson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20102 | Robert Melton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02628 |
| Joel Carpenter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20167 | Betty Melucci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20019 |
| Bobby Carr v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20221 | Valerie Menzies v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04505 |
| Reecie Carter v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20203 | Susan Reed Merrill v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01187 |
| Shirley Cartright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20065 | Robbie Merritt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04720 |
| Baby Cartwright v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01528 | Alice Michael v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05161 |
| Dennis Carver v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00760 | Yvonne Michelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05636 |
| Rosemarie Case v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20191 | Robert Mickells v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00047 |
| Leslie Cash v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02811 | Lindia Middleton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00319 |
| Robyn Suhlman Individually and as Proposed Administrator for the Estate of Dorothy Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01521 | Joyce Midkiff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00049 |
| | Debra Mihalsky v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20099 |
| Larry Cassidy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20041 | Bonnie Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05397 |

| | |
|---|---|
| Juan Castro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01516 | James Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00681 |
| Brenda Cavanaugh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20323 | Janice Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20119 |
| Edward Cederberg v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20073 | Margaret Ann Miller v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04334 |
| Debra Cellmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01792 | Marilyn Miller v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20095 |
| Brian Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05679 | Paul Miller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00596 |
| Estella Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20211 | Rose Mills v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03349 |
| Sherman Chambers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02155 | Clara Mitchell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00040 |
| Mark Charles v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03793 | Laska Moak v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05651 |
| Joyce Chicora v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20161 | Grant Mobley v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20076 |
| Christina Christopher v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05290 | Suzanne Moderhak v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05621 |
| Kathleen Cirillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20061 | Paulette Moe v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01614 |
| Gary Clark v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05132 | Rosalind Mohamed v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20116 |

| | |
|---|---|
| Shirley Clark v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20047 | Deborah Monnier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03953 |
| Patricia Cleveland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04433 | Barbara Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05555 |
| Lawrence Cleveringa v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20156 | Donna Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01231 |
| Stanley Cline v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00265 | Nancy Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02824 |
| Willie Clinton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20044 | Pamela Moore v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03371 |
| Larry Clonch v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02277 | Wayne Moore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20090 |
| Carol Cocciolone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06052 | Elina Morales v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20034 |
| Laura Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20271 | Rosaline Moran v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04041 |
| Monique Cochran v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20163 | Debra Moreno v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20212 |
| Florence Cody v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01175 | Kathleen Morgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00284 |
| Robert Coffey v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20131 | Lorna Moro v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03900 |
| Janice Cogar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01534 | Diane Morris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04692 |

Eleanor Cohen v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20246

Patrice Colamesta v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20111

Carolyn Cole v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20134

Paul A. Cole Jr. v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-04584

Mary Coleman v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-06193

David Collier v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20086

Connie Collins v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02071

Wilma Collins v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20093

Jo Ann Colombe v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00333

Kaye Colon v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01830

Juan Colon-Valdez v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03211

Elaine A. Colvin v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-06054

John Morris v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20274

Judith Morris v. Merck &
Co., Inc., et al., Civil Action No.
2:18-cv-20275

Nancy Morrow v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01562

Jean Morse v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20130

Ricky Moses v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20095

Rhoda Moziy v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20278

Judith Mulhair v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20080

Fannie Mundy v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20234

Linda Munger v. Merck & Co.,
Inc., et al., Civil ActionNo.
2:18-cv-20282

Bonnie Murray v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05625

James Myers v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03020

Susan Mynatt v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00698

| | |
|---|---|
| Ellen Conner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03045 | Jacquelyn Nash v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20288 |
| Martha Conrad v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05201 | Ernestine Natoli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20040 |
| Michael Contos v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04309 | Rhoda Neft v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20320 |
| Ann Conzelman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05274 | Arlene Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05164 |
| Carol Cook v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01535 | Nora Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04419 |
| Donna Cook v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00336 | Phyllis Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20104 |
| Elijah Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20306 | Ulysses Nelson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03034 |
| Freda Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20072 | Grace Nero v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01143 |
| Patricia Cooper v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01536 | Imogene Newbrey v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20101 |
| Andy Cooperman v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00759 | Judy Newell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20175 |
| Emily Cornelison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03334 | David Newton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05499 |
| Robert Cornelius v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04583 | Sharon Nicoll v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03791 |

| | |
|---|---|
| Susan Cottrill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04506 | Kathleen Niemic v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20191 |
| Deborah Courtney v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05305 | Kerstin Nierenz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04206 |
| Charles G. Covington v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03375 | Bernice Niesporek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20128 |
| Jerry Cowan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01379 | Carl Ninaus v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20272 |
| Steven Cox v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00437 | Kathleen Noel v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04380 |
| Carolyn Crawford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04815 | Jose Nunez v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00543 |
| Leroy Crawley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00016 | Helen Oatney v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03588 |
| Tracy Cremer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01537 | Linda Odess v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20211 |
| Anthony Cretacci v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20302 | Cindy Oetting v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06103 |
| Gloria Crevier v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20248 | Diane Ofner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20064 |
| Scott Criddle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01538 | Peggy Oiiler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01687 |
| Judith Critz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01546 | Margaret Olson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02211 |

| | |
|---|---|
| Salvatore Croce v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20252 | David Oremus v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20021 |
| Julie Cross v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04504 | Nancy Orth v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20291 |
| Minnie Cross v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20196 | Richard Ortiz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20008 |
| Yvonne Cross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03350 | Lisa Osborn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04570 |
| Wanda Crouse v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01539 | Janet O'Shea v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20077 |
| Teresa Cunnington v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05277 | Sharon Ostrowski v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04639 |
| Hiram Curtis v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20021 | Cathy D. Ott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03817 |
| Patricia Cutillo v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20197 | Mary Outlaw v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20172 |
| Sandra Cutshaw v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05858 | Bernard Packard v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01427 |
| Katherine Daigle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03351 | Julian Padgette v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06101 |
| Stephen Daigle v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02841 | Rosa Pagan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20272 |
| Patricia D'Amico v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01540 | Patrick Papas v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20276 |

Eleanor Darney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00473

Sherry Darwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04854

Billie Davidson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20070

Michael Davies v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03325

Claudia Davis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06133

Elnora David v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01644

Frances Davis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20222

Lee Davis v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04638

Marcella Davis v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-01219

Lawrence Dawes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04593

Alberto De La Pena v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04266

James R. Deam v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05612

Barbara Ann Parker v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01118

Susan Parker v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01941

Sheila Parnther v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01491

Shawn Parrish v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04578

Jeanette B. Partain v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02831

Barbara Passarelli v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20094

Mavis Patterson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20284

Linda Patton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20288

Wanda Pauling v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01482

Claretha Paulk v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04579

Constance Payne v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04312

Martha Peace v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20098

| | |
|---|---|
| Elizabeth Deaton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01188 | Shari Pearce v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00579 |
| Diana Deats-O'Reilly v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05862 | Marian Pechon v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20160 |
| Irma DeClue v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20021 | Lenda Pendleton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20070 |
| Connie Delk v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20062 | Deborah Perkins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00002 |
| Margherita DeLustro v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20079 | Ignace Perrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20190 |
| Esther Dengler v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01098 | Marvin Peterke v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20110 |
| Rebecca Dennett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04571 | Judith Peters v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20284 |
| James Dennis v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20106 | Mertes Peterson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01164 |
| Jean Detlaff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04594 | Claudia Petrello v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01876 |
| Ronald Detonnancourt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04655 | Janice Peyton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00944 |
| Harriet Devan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20302 | Ngocmy Pham v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01565 |
| Victor Diaz v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03489 | Mary Phipps v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00654 |

Sandra Dick v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20268

Clarence Dicken v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-20017

Wayne Dickerson v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20294

Anthony DiClemente v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05180

Richard Dingledy v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01676

Peggy Diss v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20074

Elaine Dittman v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20312

George Dodd v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06355

Donna Dodge v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20055

Melanie Dodge v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02060

Michael Dolenic v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20092

Thomas Dominski Sr. v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03947

Patricia Pierce v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03284

Kelly Pierga Individually and
as Personal Representative of
the Estate of Patricia Pierga
v. Merck & Co., Inc., et al.,
Civil Action No. 2:18-cv-20092

Leslie A. Pingel v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03902

William Pinkstaff v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20036

Mary Pizzica v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02343

Andrea Plechavicius v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01190

Thomas Polidori v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03707

Maureen Pons v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20290

Earl Poplars v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20068

Limon Poppell v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20204

Donna Porche v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00532

| | |
|---|---|
| Mary Donaldson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03777 | Jo Anna Porter v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05664 |
| Patricia Donnelly v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20018 | Lorraine Powell v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03398 |
| Kay S. Dorance v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00587 | Sheila Powell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00593 |
| Dennis Dorgan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05678 | Julia Prahin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03850 |
| Mary Douglas v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20281 | Lillie Pratt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20051 |
| Valdemarest Drake-Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00590 | Donna Preloger v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04615 |
| Myron Dudenbostel v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20303 | Carolyn E. Prentis v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20111 |
| Sally Duff v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05637 | Brenda Prichard v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20117 |
| George Durbin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04586 | Sheila Prigmore v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03380 |
| Wynn Duvernay v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20036 | Ann Proctor v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06100 |
| Jesse Dyer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06478 | Karen Prorok v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03353 |
| Willard Dyess v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20238 | Hassie Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20100 |

| | |
|---|---|
| Maudie Eads v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20079 | Shelly Pryor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02132 |
| Jane D. Earley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03352 | Edward Quagliata v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20179 |
| Peggy Easley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00605 | Linda K. Quincy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04339 |
| Gloria Eaton v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20128 | Helen Radel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01820 |
| Margaret Edel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04310 | Ralph Raiford v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20201 |
| Shara Edwards v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20098 | Dora Randall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03345 |
| Diane Eisentrager v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00148 | Roger Randall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00591 |
| Gary Elder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00148 | Margaret Rankin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03387 |
| Michael Ellis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02120 | Sharon Rankins v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03653 |
| Janet Elton v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00052 | Steven Rapetti v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04856 |
| Mary Louise Emery v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06106 | Marsha Rapp v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04381 |
| Judith Endresen-Worthy v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20025 | Kenneth Rasmussen v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20066 |

| | |
|---|---|
| Joseph Engolia v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20167 | Sharon Rasnake v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20031 |
| Robert Enright v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05595 | Marc Rawitt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20135 |
| Hugo Enriquez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04678 | Barbara Rawls v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04244 |
| Rosemarie Ephlin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00150 | James Redden v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20146 |
| Nadine Erhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04881 | Adrian Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03342 |
| Sarah Erkins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20217 | Clarice Reed v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02830 |
| Cecilia Espinoza v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20287 | Fransca Reesen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03035 |
| Dorothy Esquilin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20063 | Sandra Reeves v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04307 |
| Kaye Estes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04416 | Ronald Regan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03898 |
| Shirley Eubanks v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04605 | Philip Reina v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20048 |
| Darlene Evans v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20113 | Susan Reinhart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03530 |
| Jennie Werner Evans v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01745 | Leonard Reiss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20010 |

Martha Everts v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20049

Patricia H. Ezell v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05630

Diane Fair v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04332

Bobbie Farley v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03801

James Farmer v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05616

Richard Farmiglietti v. Merck
& Co., Inc., et al., Civil
Action No. 2:19-cv-03803

Larry Farrington v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20037

Janet Feasel v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04042

Lillian Feinberg v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02214

Jackie Feist v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-20018

John Fening v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04274

Debra Ferguson v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06171

Sondra Reiss v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20293

Mark Rennix v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00007

Darla Rhodes v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-05648

Mark Rhodes v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04824

Robert Richins v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01086

Suzan Riddell v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03907

Christine Rider v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01174

Irene Rill v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01038

Carmen Rivera v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04576

Terry Robbins v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01568

Charlotte Roberts v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03509

Diana Roberts v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20095

| | |
|---|---|
| Lillie Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04572 | Kenneth Gary Roberts v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02708 |
| Marilyn Ferguson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20019 | Laurann Robertson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03473 |
| Thomas Ferrerio v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03394 | Linda G. Robertson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04781 |
| Norma Fields v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20200 | Catherine Robinson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04864 |
| Marilyn Fierro v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01673 | Sandra Robinson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04313 |
| Virginia Fifield v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01752 | Ruth Ester Rocha v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04520 |
| Adamilta Figueroa-Lerner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20257 | Victor Rodriguez v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01528 |
| Gwyn Fish v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01544 | Nancy Rogauskas v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20025 |
| Judy Fisher v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20168 | Donna Rogers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05911 |
| Terri Fithen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04048 | Joyce Ronemous v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03033 |
| Carol Fitzgerald v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02087 | Dolores Rorech v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20295 |
| Norma J. Fleming v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04809 | Elizabeth Rork v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04061 |

| | |
|---|---|
| Bonnie Florentine v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03532 | Wanda Rosales v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20339 |
| Susan Flynn v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20123 | Jerry Neal Rose v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-05188 |
| David Fontaine v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20216 | Joan Ross v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03795 |
| Susan Fontenot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06549 | Deborah Ross-Cole v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03360 |
| Phyllis Ford v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20079 | Janice Rounsville v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02914 |
| Darleen Foreman v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20052 | Marjorie Rowley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04880 |
| Shirley Francis v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04253 | Ardene Royster v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03997 |
| Linda Franklin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04517 | Marilyn Rubin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05916 |
| Carol Franson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20080 | Clifton Rucker v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20321 |
| Barbara Franzier v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04029 | Juan Ruiz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20060 |
| Joyce Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05452 | Linda Russ v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20243 |
| Patty Freeman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03510 | Rachel Ryles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20081 |

| | |
|---|---|
| Catherine Friend v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20097 | Cecilia Sackett v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01307 |
| Nancy Fritts v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20099 | Dorothy Safalow v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03157 |
| Minerva Frye v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20026 | Yvonne Saleme v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20297 |
| Alma Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02662 | Linda Salisbury v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04701 |
| Barbara Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04182 | Gale Saltzgiver v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01100 |
| Sue Fuller v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01545 | Joy Sample v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04681 |
| James Gallagher v. Merck & Co. Inc., et al., Civil Action No. 2:19-cv-20228 | Aida Samson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05787 |
| Judith Gallagher v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00461 | Lana Sandahl v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03402 |
| Stephen Gallo v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03974 | Amy Sandberg v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01236 |
| Donald Galloway v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20258 | Jacob Sande v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20068 |
| Dianne Gamble v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01981 | Carolyn Sanner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20183 |
| Consuelo Garcia v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05279 | Gail Santoro v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20209 |

Lucinda Garcia v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-03524

Jeane Garcia-Dorenne v. Merck
& Co., Inc., et al., Civil
Action No. 2:19-cv-05628

Sheryl Gardner v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20210

Joan Garrett v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20013

Barbara Garrison v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05116

Tim Gartland v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20164

Steven Garton v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01166

Randy P. Gaspard as Executor
of the Estate of Pierre L.
Gaspard, deceased v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv- 20033

Raymond Gaud v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04125

Janice Gautreaux v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05170

Joanna Gee v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02187

Gerald Sarnello v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-00320

Kathleen Sauer v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-01616

Bruce Edward Schaefer v. Merck
& Co., Inc., et al., Civil
Action No. 2:21-cv-05547

Carol Schasel v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20298

Eleanor Schaul v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01571

Carolyn Schnickel v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-00511

Ruth Schmidli v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20169

Paul Schmidt v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06370

Garry Schuemann v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20201

Joyce Schulte v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03472

Gloria Schultz v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20239

Lorene Schumacher v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03335

| | |
|---|---|
| Mark Geisheker v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20042 | Frederick Schunck v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03369 |
| Alice Generally v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20037 | Elaine Schwartz v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20014 |
| Shirley George v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00814 | Adrian Scott v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04321 |
| Jean Ann Gering v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01969 | Hattie Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01092 |
| Ingrid Gerlach v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20007 | Lynne Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01641 |
| Beverly Gers v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03348 | Susan Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03408 |
| Myra Gibson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03554 | William Scott v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00607 |
| Eileen Giddings v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01523 | Sheri Scudder v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01572 |
| Lawrence Giuliano v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01116 | Robert Seabrooks v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20303 |
| Judy Gladney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01520 | George Seale v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05689 |
| Elizabeth Gladue v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04272 | Inez Jean Seals v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01292 |
| Howard Glassco v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20065 | Mary Sebastiani v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00033 |

Thomas Gleason v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20139

Robert Glover v. Merck & Co.,
Inc., et al., Civil Action No.
2:22-cv-00761

Raymond Goad v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20189

Jimmy Godwin v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04922

Joann Martin Godwin v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05169

Nona Godwin v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20264

Deborah Gordon v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04671

Stephen Earl Gorman v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02216

Tammy Gose v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-01205

Philip Grace v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20031

Marion Graham v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20133

Sue Grams v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00643

Susan Sebilian v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02908

Margaret Secor v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02129

Steven Seefeldt v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02408

Helena Seigman v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20035

Perry Sells v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20077

Candace Sentell v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-01850

Levina Serrano v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00575

Emanuel Seyfert v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02284

Karney Seymour v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20195

Diane Shapuras v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01574

Sheila Shea v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20281

Erica Sheid v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20277

| | |
|---|---|
| Ruth Granillo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01547 | Peggy Shell v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20085 |
| Tommy Grantham v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05551 | Dolores Shemes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00753 |
| Joyce Grasby v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20260 | Lessie Shepard v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04581 |
| Thomas Graybeal v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06425 | Rachel Sheppo v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03913 |
| Connie Grayson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03399 | Char Sheridan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01575 |
| Rosemarie Greb v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01688 | Tony Shobert v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04780 |
| Charles T. Green v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05652 | Carol Short v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00003 |
| Terrance Green v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04198 | James Short v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04686 |
| Jane Greenawalt v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20054 | Gloria Shy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20280 |
| Harriet Greenburg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04814 | Joyce Sievers v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00545 |
| Janice Greene v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20071 | Jack Signorelli v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01185 |
| Mildred Greenwell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20057 | Kathryn Sikkila v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00324 |

| | |
|---|---|
| Ethel M. Greer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03039 | Frank Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20112 |
| Ouida Gregory v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-20033 | Theora Simmons v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04013 |
| Judith Grenier v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20010 | Peter Skumanich v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20286 |
| Pamela Gresham v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05155 | Paulann Slater v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01692 |
| Linda Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04187 | Betina Sluss v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03363 |
| Robert Griffin v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20072 | David Smiddy v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03602 |
| Debbie Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02494 | Connie Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02126 |
| Weldon Griffith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04031 | Derek Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20165 |
| Burleigh Grimes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20091 | Donevon Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01739 |
| Beverly Grondin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01609 | Jerry Smith v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20048 |
| Elizabeth Guberud v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20041 | Leroy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20116 |
| Debbie Guerrero v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20261 | Margaret Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00872 |

Leisa Guiliano v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04998

Anita Guillotel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04819

Ronald Guse v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20096

Georgia Gustafson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03388

Delsie Gutierrez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01486

Mary Lou Hagan as Executrix of the Estate of William Hagan v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01549

Roxanne Haines v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03401

Arlene L. Halfon v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20105

Deborah Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04679

Ellen Hall v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03253

Patricia Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01550

Peggy Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05574

Rhonda Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04519

Ronni Kessler Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04866

Sheila Smith v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03809

Suzanne Smith v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01333

Thomas Smithson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20059

Janis Smoot, Individually and as the Personal Representative of the Estate of Ernest Smoot v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05856

Judith Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20273

Malinda Snyder v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05027

William Spathelf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20251

Sandra Speer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04624

Regina Hall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04589

Wenda L. Hall v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04185

Joann Hallahan. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02752

Deborah Halle v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03282

Roland Halle v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20129

Anna Hallmark v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20053

Wilma Joann Hamilton v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05245

Ruth Hammer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01656

Elton F. Hammond, III v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05875

Audrey Hancock v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20205

Gary Hanna v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20174

Raymond Hannan v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05160

Janice Spillers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20204

Estelle Spritzer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06062

Christine Squires v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01500

Rick Stamps v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04826

Carolyn Stanley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01578

Ron Stansbarger v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04582

Cheryl Stark v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01146

Joyce Stedman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20013

Susan Steig v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03531

Leah Steinberg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03785

Rhonda Steinlauf v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20327

Judith Stevenson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03149

| | |
|---|---|
| Lora Hanson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01518 | Barbara Stewart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04208 |
| Sam M. Hanson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20042 | Georgia Stewart v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20117 |
| Lewis Harper v. Merck & Co., Inc., et al., Civil Action No 2:19-cv-20088 | Rhonda Stigall v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03548 |
| Cindy Harris v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04813 | James Stiles v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20059 |
| Linda Watkins Harris v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05296 | Karen Stiner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03403 |
| Joyce Hart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01675 | Susan Stockers v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01567 |
| Rebecca Hart v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03386 | Seth Stockholm v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20043 |
| Shirley Hartert v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20073 | Barbara Stone v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-04542 |
| Caroline Hatfield v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02899 | Darlene Stone v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02333 |
| Shirley Hatten v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01651 | Jeff Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-00236 |
| Karen Haugen v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04544 | Jessie Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01087 |
| Leon Hayes v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00595 | Patrick Stone v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03893 |

Carole B. Hays v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03468

John Stopyra v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04034

Charlotte Hedlund v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-01844

Carol Storey v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04814

Miles Heitzenrater v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-02844

Joseph Strahan v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20333

Joyce Helman v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:18-cv-20263

Chrissy Street v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-02665

Nancy Helmbrecht v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-03283

Mary Strickland v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-05535

Betty Helton v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20292

Elizabeth Stripling v. Merck &
Co., Inc., et al., Civil
Action No. 2:22-cv-01223

Debi Henderson v. Merck & Co.,
Inc., et al.,
Civil Action No. 2:19-cv-05741

Sharon Strohecker v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-06511

Joseph Henderson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04674

Nancy Strong v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-00237

Rodger Henderson v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20066

Robert Sullivan v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-20026

James F. Hendricks v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20185

Leo Summermatter v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20234

Robert Henneberry v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20208

Linda Sunderland v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01696

Paul Leon Henry v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-02498

Amerigo Suriani v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-00042

| | |
|---|---|
| Robert R. Hergan v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20109 | Paul Suszko v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01446 |
| Maria Hernandez v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04580 | Joanne Suzio v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00534 |
| Brenda Herrin v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03937 | Mary Swalley v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05860 |
| Tony Herring v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03542 | Joe Sykes v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20034 |
| Stuart Hersh v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04199 | Annette Talley v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01615 |
| Barbara Hession v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20219 | Wilbert Talmadge v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00692 |
| Gladys Heys v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04378 | Donald Tangredi v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04147 |
| Jonathan Lee Hickey v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03738 | Anthony Tankxley v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20071 |
| Edna Higgins v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20335 | Michele Tanner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03348 |
| Howard R. Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20286 | Dolores Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20025 |
| Marilyn Hill v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04896 | Myra Taylor v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02950 |
| Patricia Hill v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05596 | Linda Temple v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05531 |

Robert Hill v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01551

Ronald Hill v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04588

Wanda Sue Hill v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03354

David Himmerich v. Merck &
Co., Inc., et al., Civil
Action No. 2:22-cv-00701

Patricia Hinckley v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04200

Dickey Hines v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04858

Ann Hixson v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20230

Juanita Hobbs v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00054

Teresa Hobbs v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00582

Elsie Hodupp v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03283

Nancy Hoenig v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02735

Nellie Hoff v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-06503

Ora Terrell v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03377

Jeanneen Terry v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20106

Kathleen Teti v. Merck & Co.,
Inc., et al., Civil Action No.
5:20-cv-03926

Marilyn Tharp v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20115

Shirley Tharp v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04210

Bernie Thomas v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00297

James E. Thomas v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-00435

Marcia Thomas v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-05539

Teola Thomas v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20066

Gail Thompson v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01176

JoLynne Thompson v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-05208

Linda Thompson v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20224

| | |
|---|---|
| Helen Hoffman v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20180 | Mary Thompson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03382 |
| Sandra Hoffman v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01881 | Cynthia Tobias v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03383 |
| Dolores Holland v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20123 | Dale Todd v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06134 |
| Joanne Holland v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01527 | Robert Tokar v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02478 |
| Tracy Holloway v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-06126 | Thomas Tomlinson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01305 |
| Herbert F. Holmes, Jr. v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02523 | Beverly Hilt Tortora v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03385 |
| Nathaniel Holmes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20197 | Ella Townsell v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20015 |
| Madelyn Holt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05647 | Laurier Trahan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20222 |
| Stephen Hopkins v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20264 | Sandra Trapnese v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20064 |
| Robert Hopper v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20103 | Palma Treschan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20143 |
| Annette Horner v. Merck & Co., Inc., et al., Civil Action No. 5:21-cv-00473 | Sarah Trevino v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20195 |
| Gordon Horton v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03328 | Carole Triplett v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20144 |

| | |
|---|---|
| Walter Houston v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20074 | Nancy Trout v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-02076 |
| Brenda Howard v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20121 | Kathleen Trudeau v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03349 |
| Sherri Forrestall and Terri Blackman, as surviving children of Darlene Howard, deceased v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-02902 | Charles Turnbull v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20203 |
| | Lewis Turner v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05470 |
| Juliette Howard v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05944 | Ouida Turner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05536 |
| Grace Howe v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04621 | Debra Vandiver v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02876 |
| Jacquelyn Huff v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03797 | Patricia VanHoose v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20058 |
| Sandra Hughes v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03035 | Beulah Vanmeter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20052 |
| Mackie J. Humphries v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01631 | Patricia Vasicek v. Merck & Co., Inc., et al., Civil Action No. 2:22-cv-00466 |
| Mary A. Huneycutt v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04818 | Victoria Vaughn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00749 |
| Jessica J. Hurt v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05158 | Elsa Vega v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20220 |
| Howard Hutchison v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-05168 | Betty Verhulst v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00581 |

| | |
|---|---|
| Linda Huter v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20067 | Joanne Vickers v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20207 |
| Glenda Inman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00747 | Sylvia Videkovich v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01220 |
| Maryann Intagliata v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20182 | Barbara Viglienvone v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20225 |
| Glenn Irwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-04550 | Thomas Vlcek v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01426 |
| John Irwin v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02229 | Kristi Vollmer v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00602 |
| Nathan Ivory v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20033 | Catherine Wade v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20219 |
| Harvey Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-05588 | Joyce Wade v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05750 |
| Janet Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20242 | Evelyn Wagner v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20218 |
| Nora Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03435 | Linda S. Wagner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02058 |
| Shirley Jackson v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20247 | Stephen Scott Waite v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03732 |
| Kenneth Jacobson v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20258 | Mary Waldroup v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20056 |
| Linda Jacobson v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05926 | Candace Wallace v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-04315 |

Judith James v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05687

Richard James v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04115

Sharon James v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00413

Cynthia Jamison v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20027

Joanne Januzzi v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02692

Benjamin Jarrard v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05643

Linda Jefferson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20337

Gene Jeffery v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-04587

Betty Jenkins v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05383

Debra Jennings v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00592

Peggy Jensen v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01181

Robert Jensen v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03381

Joe Wallace v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20058

Michele Waller v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03683

Dennis Walsh v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20097

Julius Waltzer v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20078

Marilyn Wanda v. Merck & Co.,
Inc., et al., Civil Action No.
2:22-cv-00477

Marjie Warner v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-04220

Arnette S. Washington v. Merck
& Co., Inc., et al., Civil
Action No. 2:21-cv-20022

Serena Washington v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-03805

Edward Waszak v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20265

Martha Watson v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20136

Linda Weicht v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-05690

Ann Weiler v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02742

Damaris Jimenez v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20268

Catherine Johnson v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20300

Joseph Johnson v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-02937

Sherry Johnson v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02220

Tamera Johnson v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20282

Yolanda Johnson v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05696

Bonnie Johnson-Fisk v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-04569

Douglas Johnston v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20065

Barbara Jones v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02784

Ed Jones v. Merck & Co., Inc.,
et al., Civil Action No. 2:20-
cv-04145

Ethel Jones v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-03619

Mike Jones v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20269

Sandra Wein v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04270

Nellie Wells v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00035

Deborah Welton v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00016

Janet Welty v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20262

Rosalie Wenckoski v. Merck &
Co., Inc., et al., Civil
Action No. 2:18-cv-20096

Eron West v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20259

Joyce White v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-03393

Steve White v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02949

Tavia Whitehead v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20096

Dorothy Whitten v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-20290

Jacqueline Wilkins v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-04825

David Williams v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20084

Dona Jones-Lane v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20050

Janet Jordan v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-01711

Michael Jukofsky v. Merck &
Co., Inc., et al., Civil
Action No. 2:19-cv-05293

Margaret Kachinski v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01407

Clarence Kaestner v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-01665

Fred Kaiser v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20088

Nancy Kaiser v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00038

Theodore Kalata v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-03251

Barbara Kane v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-4916

Fred Kaplan v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02716

Jeanette Karadimos v. Merck &
Co., Inc., et al., Civil
Action No. 2:21-cv-20098

Davida Karp v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-02124

James I. Williams, Jr. v.
Merck & Co., Inc., et al.,
Civil Action No. 2:19-cv-20022

Raymond Wilson v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-04828

Judy Wise v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01585

Linda L. Wolfstone v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-04271

Charlotte Wood v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-00796

Hugh Wood v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-00328

Gary Woodruff v. Merck & Co.,
Inc., et al., Civil Action No.
2:20-cv-01137

Jean Wright v. Merck & Co.,
Inc., et al., Civil Action No.
2:18-cv-20181

Jonathan Wright v. Merck &
Co., Inc., et al., Civil
Action No. 2:20-cv-05933

Marian Wright v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20119

Olynda Wylie v. Merck & Co.,
Inc., et al., Civil Action No.
2:19-cv-20138

Laura Yarnell v. Merck & Co.,
Inc., et al., Civil Action No.
2:21-cv-20110

| | |
|---|---|
| Larry Kassen v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20214 | Joseph Yepez v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20145 |
| Mary Kearney v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03516 | Wanda Yoachim v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03162 |
| Michael Keba v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01337 | Judy D. Yorio v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-06298 |
| Theresa Keel v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01633 | Jeannette Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01202 |
| Gerald Keesler v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03939 | Victoria Young v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05846 |
| Judy Kellar v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-02463 | Kathleen Youngman v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-03372 |
| Thomas Kellner v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00011 | Mary Zaccanelli v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20045 |
| Dale Kellogg v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-00004 | Ursula L. Zahnleiter v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-03652 |
| Joye Kelly v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20012 | Mary Zeigenfuss v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-05160 |
| Jeanette Keltz v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-04123 | Josi Zendzian v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-01515 |
| Inez Kenison v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-03404 | Thomas Zentack v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20332 |
| Thomas Kennedy v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-01042 | Patricia Zerfing v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01586 |

| | |
|---|---|
| Koval Kenneth v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01195 | Judi Ziebart v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-01201 |
| Melissa Kent v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20011 | Robert Ziebell v. Merck & Co., Inc., et al., Civil Action No. 2:20-cv-00598 |
| Barbara Kerrigan v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20225 | Felip Zielinski v. Merck & Co., Inc., et al., Civil Action No. 2:18-cv-20177 |
| William Zurn v. Merck & Co., Inc., et al., Civil Action No. 2:19-cv-20181 | Tim Zike v. Merck & Co., Inc., et al., Civil Action No. 2:21-cv-20091 |